# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 29, 2024

## NO.  03-24-00491-CV

**Frederick Barcase, Appellant**

**v.**

**Iriaquez Ironworks, LLC a/k/a Lakeway Ironworks, LLC, Appellee**

### APPEAL FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment signed by the trial court on July 1, 2024.  Frederick Barcase has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted in part.  Therefore, the Court grants in part the motion and dismisses the appeal.  The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.